5.	Photo – Published Park Rules. Source – Zuccotti Park.

38



6. Shapiro Video. Source: Videographer Peter Shapiro.

7.   Photo - Plaintiff STEPHAN Walking Escorted By Police to Van. Source – Shapiro Video (above).



8.      Photo - Plaintiff LEBOWITZ Walking Escorted By Police to Van. Source: Shapiro Video (above).

