9.      Exhibit – Doe Arraignment Document. Source – New York City Criminal Court.

# Criminal Court of the City of New York

### New York County

### Misdemeanor Complaint

The People of the State of New York
vs.

| DEFENDANT: | CHARGES: | DOCKET NUMBER: |
|---|---|---|
| JOHN DOE    (M 41) | PL110/120.00(1) | **2011NY087607** |
| M1170/4276    12/02/2011 03:00 | PL205.30 | |
| | PL240.20(1) | |

Interpreter: Language _____    Screener: UME, CHIDINMA - TRLBURU60

## Notices Served at Arraignment:

- [ ] CPL 710.30(1)(A) - Statement
- [ ] CPL 710.30(1)(B) - Identification
- [ ] CPL 250.20 - Alibi
- [ ] PL 450.10(48 hrs /15 days) - Property
- [ ] CPL 170.20 - Grand Jury
- [ ] Cross Grand Jury
- [ ] OTHER: _____

## Documents:
**Served at Arraignment:**          **Needed For Conversion**

- [ ] Supporting Deposition  [ ]
- [ ] DMV Abstract  [ ]
- [ ] Lab Report/ Field Test  [ ]
- [ ] DWI Paperwork  [ ]
- [ ] Domestic Incident
- [ ] Family Registry
- [ ] Underlying T.O.P.  [ ]

## Adjournment:

Part: _____ Date: _____

**Bail Condition:**

_____ / _____
(Ins Co. Bail Bond)  (Cash Bail)

- [ ] ART 730 Exam Ordered
- [ ] Protective Custody
- [ ] Medical Attention
- [ ] Psychiatric Evaluation
- [ ] Suicide Watch
- [ ] Deemed an Information
      Defense Motions Due:
- [ ] T.O.P. / F.O.P.

## Disposition:

- [ ] ACD â€™ CPL 170.55
- [ ] ACD â€™ CPL 170.56
- [ ] Waives Prosecution by Information and Pleads Guilty to
      PL 240.20/ _____
- [ ] Investigation & Sentenced Ordered
- [ ] DNAâ€™Eligible Misdemeanor
- [ ] DNA Sample Taken

## Sentence (or Promise):

_____ days jail
Conditional Discharge:
_____ Days Community Service
_____ Days Jail Alternative
Other: _____

Mandatory Surcharge (and CVAF):
- [ ] Judgement Entered - All Fees
- [ ] $200 Misd.  [ ] $120 Vio.  [ ] $80 VTL*
- [ ] $395 VTL1192 Misd.*  [ ] $255 VTL1192(1) Infrac.*
- [ ] $50 - DNA Fee

| Arresting Officer | Court Reporter | Date | Part |
|---|---|---|---|
| RYAN OSHEA | | | |

Judge: _____