10. Exhibit – Plaintiff STEPHAN Arraignment Package

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

Page 1 of 2

| THE PEOPLE OF THE STATE OF NEW YORK | MISDEMEANOR |
| -against- | ADA CLARKE JR. |
| 1. James Stephan (M 28)   ECAB # 1301457 | 212-335-9067 |
| Defendant. | |

Police Officer Adrianne Edwards, shield 06115 of the Patrol Boro Manhattan South Task Force, states as follows:

On January 11, 2012, at about 02:00 hours in of Zuccoti park on the corner of Broadway and Cedar Sts. in the County and State of New York, the Defendant committed the offenses of:

1. PL195.05   Obstruction of Governmental Administration in the Second Degree
              (1 count)
2. PL205.30   Resisting Arrest
              (1 count)
3. PL140.05   Trespass
              (1 count)

the defendant intentionally prevented and attempted to prevent a public servant from performing an official function by intimidation, physical force and interference and by means of an independently unlawful act; the defendant intentionally attempted to prevent a police officer and peace officer from effecting an authorized arrest of himself and another person; and the defendant knowingly entered and remained unlawfully in and upon premises.

The offenses were committed under the following circumstances:

Deponent states that deponent observed Leutenant Feeney, of the Manhattan South Task Force, state in substance to a group of individuals in Zuccotti Park: IF YOU WANT TO REMAIN IN THE PARK, YOU MAY NOT LIE DOWN IN THE PARK. Deponent states that defendant was a member said group of individuals. Deponent further states that deponent observed defendant lying down at the above listed location and that deponent stated in sum and substance to defendant: YOU MAY NOT LIE IN THE PARK, on three separate occaisions over a one hour period. Deponent further states

48

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

Page 2 of 2

| THE PEOPLE OF THE STATE OF NEW YORK -against- | MISDEMEANOR ADA CLARKE JR. 212-335-9067 |
|---|---|
| 1. James Stephan (M 28)   ECAB # 1301457 | |
| Defendant. | |

that defendant refused to comply with said request. Deponent further states that deponent asked said defendant to vacate said park and defendant refused.

Deponent is informed by Robert Galvin, a custodian of said park that defendant did not have permission or authority to remain in said park.

Deponent further states that when deponent was placing the defendant under arrest for the offense(s) described above: (1) defendant stiffened defendant's arms and held said arms tight at defendant's sides to prevent handcuffing, (2) defendant twisted defendant's body forward in an attempt to evade deponent and avoid handcuffing, (3) and defendant refused to walk to deponent's police van, letting defendant's body go limp and forcing deponent to carry defendant to said van.

False statements made herein are punishable as a class A misdemeanor pursuant to section 210.45 of the penal law.

PO Edward
Deponent

1/11/12  234 pm
Date and Time

ACT 5 Version 4.3.5 Created on 01/11/12 2:27 PM

# Alerts Sheet

| Arrest ID: | M12603029 | Arrest Date: | 2012-01-11 | Arrest Time: | 02:23:00 |
|---|---|---|---|---|---|
| Name: | STEPHAN, JAMES | Sex: | MALE | Race: | WHITE |
| NYSID: | 11670185K | DOB: | REDACTED 1984 | | |

**Charges:**

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS |
|---|---|---|---|---|---|
| TOP | N | PL 1400500 | 0 | A | 1 |
| | N | PL 1950500 | A | A | 1 |
| | N | PL 2053000 | A | A | 1 |

Additional Paperwork Received: N

Notes:

no active warrant

**Warrants:**

Warrant Search Type:

    Warrant Type:

| Warrant Num | Warrant Date | Warrant Indictment Num | Warrant Docket Num | Def Name | Def Sex | Def DOB | Def NYSID |
|---|---|---|---|---|---|---|---|

Fingerprint response on 01/11/2012 07:38 am for transaction 14632178

# Fingerprint Response Summary

NYSID: 11670185K   ORI: NY03030G1   NYCPD PCT 001

| | | |
|---|---|---|
| NYSID: 11670185K | FBI Number: 110190ND6 | Current Transaction Name: JAMES K STEPHAN |
| Fax Number: M2029 | Current Arrest Number: M12603029 | DOB: /1984 REDACTED |

## ● Alerts

*See **Additional Information** at the bottom of this response for more banners pertaining to the criminal history

## ● New York State Arrest/Conviction/Warrant Information

Total Arrests: 1   Date of Earliest Arrest: November 15, 2011   Latest Prior Arrest Date: November 15, 2011

| Total Arrests: | 1 |
|---|---|
| Felony: | 0 |
| Violent Felony: | 0 |
| Firearm: | 0 |
| Misdemeanor: | 1 |
| Other: | 0 |

| Total Arraigned Arrests: | 0 |
|---|---|
| Felony: | 0 |
| Violent Felony: | 0 |
| Firearm: | 0 |
| Misdemeanor: | 0 |
| Other: | 0 |
| Non Docketed Cases: | 1 |

| Total Open Cases: | 1 | Cycles (max 5) |
|---|---|---|
| Felony: | 0 | |
| Violent Felony: | 0 | |
| Misdemeanor: | 1 | 1 |
| Other: | 0 | |

| Total Convictions: | 0 | Cycles (max 5) |
|---|---|---|
| Felony: | 0 | |
| Violent: | 0 | |
| Firearm: | 0 | |
| Misdemeanor: | 0 | |
| Other: | 0 | |
| YO Adjud.: | 0 | |

| Warrant Information: | | Cycles (max 5) |
|---|---|---|
| Failure to Appear Counts: | 0 | |
| Total Open: | 0 | |
| Active NYC: | 0 | |

| DOC Classification: | | Cycles (max 5) |
|---|---|---|
| Escape Charges: | 0 | |
| Sex Offender Convictions: | 0 | |
| Probation Revoc.: | 0 | |
| Parole Revoc.: | 0 | |

## ● Identification Information

Name:
JAMES S KEEGAN

| Sex: | Race: | Ethnicity: | SkinTone: |
|---|---|---|---|
| Male | White | Not Hispanic | Dark |

| Eye Color: | Hair Color: | Height: | Weight: |
|---|---|---|---|
| Brown | Black | 5' 11" | 160 |

SSN:           Place of Birth:
REDACTED  -0910 Unknown

1

Fingerprint response on 01/11/2012 07:38 am for transaction 14632178



Cycle 1
Arrest Date November 15, 2011

Latest Arrests (Max 10):
| Arrest Date | Name | Date of Birth | Address |
|---|---|---|---|
| 11/15/2011 | JAMES S KEEGAN | REDACTED /1984 | REDACTED, NEW YORK, NY |

## Fingerprint Response

ORI: NY03030G1
NYCPD PCT 001
NYSID : 11670185K

Identification   Summary   Criminal History   Job/License   Wanted   Missing   NCIC/III

### Transaction Data
Name:                JAMES K STEPHAN
Transaction ID:      14632178
Agency ORI:          NY03030G1
Type of Submission:  **ARREST**
Date Fingerprinted:  January 11, 2012
Reason Fingerprinted: Adult Arrest

**Arrest/Charge Information**
Arrest Date: January 11, 2012 02:23 am (02:23:00)
  Name:               JAMES K STEPHAN
  Date of Birth:      REDACTED , 1984
  Sex:                Male
  Race:               White
  Ethnicity:          Not Hispanic
  Height:             5' 10"
  Weight:             150
  Age at time of crime/arrest: 28
  Fax Number          M2029
  Place of Arrest:    NYCPD 1

2

52

Fingerprint response on 01/11/2012 07:38 am for transaction 14632178

| | |
|---|---|
| Arrest Type: | Unknown |
| Date of Crime: | January 11, 2012 |
| Place of Crime: | NYCPD 1 |
| Criminal Justice Tracking No.: | 65233488J |
| Arresting Agency: | NYCPD PCT 001 |
| Arresting Officer ID: | 938419 |
| Arrest Number: | M12603029 |
| Arraignment: | New York County Criminal Court |

Arrest Charges:

-- Obstruct Governmental Administration-2nd Degree
   PL 195.05    Class A    Misdemeanor Degree 2    NCIC 5099
-- Resisting Arrest
   PL 205.30    Class A    Misdemeanor Degree 0    NCIC 4801
-- Trespass
   PL 140.05    Violation Degree 0    NCIC 5707

## ● Transaction Status Information

| Activity | Date/Time | Elapsed |
|---|---|---|
| Initial Transaction Received | January 11, 2012 07:29:50 am | |
| Online Data Received | January 11, 2012 07:29:49 am | |
| Transaction Completed | January 11, 2012 07:38:42 am | 0 hours 9 mins |
| Rapsheet Produced | January 11, 2012 07:38:44 am | |

## ● NYS Criminal History Information



Name:
JAMES S KEEGAN

Date of Birth:
, 1984   REDACTED

Place of Birth:
Unknown

Cycle 1
Arrest Date November 15, 2011

Address:
REDACTED    , NEW YORK, NY

3

53

Fingerprint response on 01/11/2012 07:38 am for transaction 14632178

| | | | |
|---|---|---|---|
| Sex: Male | Race: White | Ethnicity: Not Hispanic | SkinTone: Dark |
| Eye Color: Brown | Hair Color: Black | Height: 5' 11" | Weight: 160 |

SSN: REDACTED -0910
NYSID#: 11670185K    FBI#: 110190ND6    NCIC Classification:
III status: Criminal record in NYS only

## Cycle 1 ⬆

### Arrest/Charge Information
Arrest Date: November 15, 2011 02:00 am (02:00:00)

| | |
|---|---|
| Name: | JAMES S KEEGAN |
| Date of Birth: | REDACTED 1984 |
| Sex: | Male |
| Race: | White |
| Ethnicity: | Not Hispanic |
| Height: | 5' 11" |
| Weight: | 160 |
| SSN: | REDACTED -0910 |
| Age at time of crime/arrest: | 27 |
| Address: | REDACTED, NEW YORK, NY |
| Fax Number | M61272 |
| Place of Arrest: | NYCPD 1 |
| Arrest Type: | Unknown |
| Date of Crime: | November 15, 2011 |
| Place of Crime: | New York County, NY |
| Criminal Justice Tracking No.: | 65144437Y |
| Arresting Agency: | NYCPD PCT 001 |
| Arresting Officer ID: | 901667000 |
| Arrest Number: | M11001495 |
| Arraignment: | New York County Criminal Court |

Arrest Charges:
-- Resisting Arrest
   PL 205.30    Class A   Misdemeanor Degree 0   NCIC 4801

**No Court Reported Information**

## ● Other History Related Information ⬆
There is no Other History Related Information associated with this history.

## ● Job/License Information ⬆
There is no Job/License Information associated with this history.

4

54