Fingerprint response on 01/11/2012 07:38 am for transaction 14632178

## Wanted Information

There is no NYS Wanted Information associated with this history.

## Missing Person Information

There is no NYS Missing Person Information associated with this history.

## Additional Information

**Summary Counts:** The Transaction data may also be included in a cycle in the rap. If it is included, information from the transaction will be used in calculating the Summary section. If it is not included in any of the cycles then the transaction information will not be part of the Summary section data.

**Courts Please Note:** Pursuant to CPL 160.40 (02) one copy of a fingerprint based rapsheet must be provided to the Defense Attorney.

According to our files, this individual does not appear to have History in III. However this does not preclude the possibility that the FBI does have a record. If you desire this information, please submit a request directly to the FBI.

**Sentencing** - Where an individual is sentenced June 1, 1981 or later on more than one charge within a docket, the sentence may be considered to be concurrent unless identified as consecutive.

## Federal NCIC, III and/or FBI Response

## NCIC Information

The following information is provided in response to your request for a search of the NCIC Person files based on:

- Name: STEPHAN, JAMES K
- Sex: M
- Race: W
- Date of Birth: 1984 REDACTED
- FBI number: 110190ND6

```
NY0303000

***MESSAGE KEY QW SEARCHES WANTED PERSON FILE FELONY RECORDS REGARDLESS OF
EXTRADITION AND MISDEMEANOR RECORDS INDICATING POSSIBLE INTERSTATE
EXTRADITION FROM THE INQUIRING AGENCY'S LOCATION.  ALL OTHER NCIC PERSONS
FILES ARE SEARCHED WITHOUT LIMITATIONS.
MKE/WANTED PERSON - CAUTION
CMC/01 - OTHER
EXL/1 - FULL EXTRADITION UNLESS OTHERWISE NOTED IN THE MIS FIELD
ORI/WA0340TSG NAM/STEVENS,JESSE LEE )SEX/M RAC/W POB/WA
DOB/1984 REDACTED HGT/506 WGT/170 EYE/BLU HAI/BRO FBI/539817NB5
SMT/TAT R ARM
```

5

55

```
                    Fingerprint response on 01/11/2012 07:38 am for transaction 14632178
SOC/     4100   REDACTED
OFF/ESCAPE SEE MIS - ESC COMMUNITY CUSTOD
OOC/BURGLARY
DOW/20111129 OCA/850566
MIS/VIOLENT OFFENDER, MAY BE ARMED/ESCAPE COMMUNITY CUSTODY POULSBO FOR BURGLARY
MIS/ 1, VERIFY AT 360-725-8888, EXTRADITE NATIONWIDE
DNA/N
ORI IS DEPT OF CORRECT ADLT PROB AND PAROLE OLYMPIA 360 725-8888
AKA/SHORTY,JESSE LEE
AKA/SHORTY,JESSELEE
AKA/STEVENS,JESS
AKA/STEVENS,JESSELEE
AKA/STEVENS,SHORTY
SMT/MOLE R SHD
SMT/SC ARM
SMT/TAT CHEST
SMT/TAT L BRST
SMT/TAT R LEG
NIC/W023987443 DTE/20111130 1210 EST DLU/20111130 1210 EST
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI

*** SEX OFFENDER REGISTRY INFORMATION ***
THE SUBJECT IDENTIFIED IN THE FOLLOWING RECORD WITH NIC/X601454007
IS REGISTERED AS A SEX OFFENDER.  DO NOT SEARCH, DETAIN, OR
ARREST BASED SOLELY ON THIS RECORD.  ADDITIONAL INFORMATION REGARDING
SUBJECT MAY BE AVAILABLE FROM THE INTERSTATE IDENTIFICATION INDEX.

MKE/SEXUAL OFFENDER
ORI/WA0180000 NAM/STEVENS,JESSE LEE SEX/M RAC/W POB/WA
DOB/1984 REDACTED 06 WGT/165 EYE/BLU HAI/BRO FBI/539817NB5
ORD/20071031 ERD/NONEXP SXP/N CRR/KIDNAPPING
CON/20030108
OCA/30055083
DNA/Y DLO/WSP CRIME LABORATORY-SEATTLE, CODIS UNIT (206) 262-6020
SNU/6773 SNA/NE PEAR ST APT 2
CTY/SUQUAMISH STA/WA ZIP/98392
TNO/360 598-1450
ORI IS KITSAP CO SO PORT ORCHARD 360 337-4642
NIC/X601454007 DTE/20110712 1345 EDT DLU/20110817 1125 EDT

***** END OF SEX OFFENDER REGISTRY INFORMATION *****


WARNING - DO NOT ARREST BASED ON THIS INFORMATION
MKE/PROBATION OR SUPERVISED RELEASE STATUS
ORI/FL016125G NAM/STEPHENS,BRIAN MICHAEL SEX/M RAC/W POB/US
DOB/1984 REDACTED 10 WGT/130 EYE/BRO HAI/BRO FBI/826195WB9
SKN/LGT
SOC/     7125   REDACTED
OCA/J22416
MIS/OFFENSE - SELL SUBST INSTEAD DRUGS
DPE/NONEXP SCI/FL016023J LOC/046 - JACKSONVILLE S W
DSS/20110119 EDS/20120118 SON/HAYWARD,TANAE SOT/904 693-5000
DNA/N
ORI IS FLORIDA DEPARTMENT OF CORRECTIONS 904 693-5000
IMN/I256580147 IMT/M
NIC/C722231212 DTE/20110120 1347 EST DLU/20120101 0546 EST
REPEAT - PROBATION OR SUPERVISED RELEASE STATUS RECORD - DO NOT ARREST
BASED ON THIS INFORMATION - PLEASE CONTACT SUPERVISING AGENCY VIA NLETS,
TELEPHONE OR EMAIL TO ADVISE OF CONTACT WITH SUPERVISED INDIVIDUAL.
PLEASE BE ADVISED THAT SUPERVISING AGENCY MAY NOT BE
OPERATIONAL 24/7.
```

                                                                                          6

Fingerprint response on 01/11/2012 07:38 am for transaction 14632178

```
*****WARNING - THE FOLLOWING IS AN NCIC PROTECTION ORDER RECORD.  DO NOT
SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD.  CONTACT ENTERING
AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER*****

MKE/PROTECTION ORDER
ORI/FL0160004 NAM/STEPHENS,BRIAN SEX/M RAC/W
DOB/1984 REDACTED 07 WGT/130 EYE/BR0 HAI/BR0
PNO/2002 DR2373 DVA ISD/20020808 EXP/NONEXP
PPN/ERVIN,ANDY LEE PSX/U PPB/19600412
PCO/01 - THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
PCO/HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR
PCO/THE CHILD OF THE PROTECTED PERSON.
OCA/C892968
VLD/20111004
MIS/FINAL JUDGMENT SERVED 08/08/2002;  FOR CONF ORI FL 0160004 MNE#S16000005 PH
MIS/904 630 2212
ORI IS DUVAL CO SO JACKSONVILLE 904 630-0597
PCO/02 - THE SUBJECT MAY NOT THREATEN A MEMBER OF THE PROTECTED PERSON'S FAMILY
PCO/OR HOUSEHOLD.
PCO/04 - THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY,
PCO/SCHOOL, OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON OR OTHER FAMILY OR
PCO/HOUSEHOLD MEMBER.
PCO/05 - THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE
PCO/PROTECTED PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR
PCO/TELEPHONE CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS, OR
PCO/OTHERS WITH WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE ANNOYANCE OR
PCO/ALARM THE VICTIM.
NIC/H432851846 DTE/20020816 0807 EDT DLU/20111004 1240 EDT

*****WARNING - THE FOLLOWING IS AN NCIC PROTECTION ORDER RECORD.  DO NOT
SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD.  CONTACT ENTERING
AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER*****

****THE SUBJECT OF THIS RECORD IS PROHIBITED FROM RECEIVING OR POSSESSING
A FIREARM UNDER FEDERAL LAW (TITLE 18, U.S.C., SECTION 922)****

MKE/PROTECTION ORDER
ORI/WA0180001 NAM/STEVENS,JESSE LEE SEX/M RAC/W POB/WA
DOB/1984 REDACTED 09 WGT/140 EYE/BLU HAI/BR0 FBI/539817NB5
SMT/TAT CHEST
MNU/OA-850566 SOC/    4100 REDACTED
OLN/STEVEJL160BA OLS/WA OLY/2008
PNO/051014022 BRD/Y ISD/20051018 EXP/20841018 CTI/WA018015J
PPN/STEVENS,LINDSEY M PSX/F PPR/W PPB/19860408
PCO/08 - SEE THE MISCELLANEOUS FIELD FOR COMMENTS REGARDING THE TERMS AND
PCO/CONDITIONS OF THE ORDER.
OCA/K05010832
MIS/NO CONTACT ORDER,PROHIBITS ASSAULTING,HARASSING,THREATENING,OR
MIS/STALKING,PROHIBITS ENTERING OR COMING WITHIN 500FT OF
MIS/PPNHOME,WORK,SCHOOL,DAYCARE,PROHIBITS ANY ATTEMPTS TO CONTACT PPN IN ANY
MIS/WAY, VERIFY 360 337 7104 AFTER HOURS 360 308 5400
DNA/N
ORI IS KITSAP CO SO PORT ORCHARD 360 337-4642
NIC/H326879479 DTE/20050920 1703 EDT DLU/20080117 1811 EDT
NO NCIC WANT FBI/110190ND6
NO NCIC WANT SOC/544310910
```

WARNING: Release of any of the information presented in this computerized Case History to unauthorized individuals or agencies is prohibited by federal law TITLE 42 USC 3771b.
This report is to be used for this one specific purpose as described in the Use and Dissemination Agreement

Fingerprint response on 01/11/2012 07:38 am for transaction 14632178

your agency has on file with DCJS. **Destroy after use and request an updated rap sheet for subsequent needs.**
All information presented herein is as complete as the data furnished to DCJS.

---

New York State Division of Criminal Justice Services
4 Tower Place
Albany NY 12203-3764
Tel: 1-800-262-DCJS
Sean M. Byrne, Acting Commissioner of the NYS Division of Criminal Justice Services

8

58

FBI response on Jan 11, 2012 07:48 am

## Additional Fingerprint Response

ORI: NY03030G1
NYCPD PCT 001
NYSID : 11670185K

New York State Division of Criminal Justice Services
4 Tower Place
Albany NY 12203-3764
Tel: 1-800-262-DCJS
Sean M. Byrne, Acting Commissioner of the NYS Division of Criminal Justice Services

### Transaction Data

Name: JAMES K STEPHAN
Transaction ID: 14632178
Agency ORI: NY03030G1
Type of Submission: **ARREST**
Date Fingerprinted: January 11, 2012
Reason Fingerprinted: Adult Arrest

### Arrest/Charge Information

Arrest Date: January 11, 2012 02:23 am (02:23:00)

    Name: JAMES K STEPHAN
    Date of Birth: REDACTED , 1984
    Sex: Male
    Race: White
    Ethnicity: Not Hispanic
    Height: 5' 10"
    Weight: 150
    Age at time of crime/arrest: 28
    Fax Number: M2029
    Place of Arrest: NYCPD 1
    Arrest Type: Unknown
    Date of Crime: January 11, 2012
    Place of Crime: NYCPD 1
    Criminal Justice
      Tracking No.: 65233488J
    Arresting Agency: NYCPD PCT 001
    Arresting Officer ID: 938419
    Arrest Number: M12603029
    Arraignment: New York County Criminal Court
    Arrest Charges:

    -- Obstruct Governmental Administration-2nd Degree
       PL 195.05    Class A    Misdemeanor Degree 2    NCIC 5099

    -- Resisting Arrest
       PL 205.30    Class A    Misdemeanor Degree 0    NCIC 4801

    -- Trespass
       PL 140.05    Violation Degree 0    NCIC 5707

1

FBI response on Jan 11, 2012 07:48 am

## ● Transaction Status Information

| Activity | Date/Time | Elapsed |
|---|---|---|
| Initial Transaction Received | January 11, 2012 07:29:50 am | |
| Online Data Received | January 11, 2012 07:29:49 am | |
| Transaction Completed | January 11, 2012 07:38:42 am | 0 hours 9 mins |
| Rapsheet Produced | January 11, 2012 07:48 am | |

## ● FBI Identification Results

The FBI identification response, received on January 11, 2012, indicated no FBI data other than New York State history. The information previously provided in your NYS Criminal Justice Services fingerprint response represents the computerized history for this individual.

2

60

**NEW YORK CITY**
**CRIMINAL JUSTICE AGENCY**

**INTERVIEW REPORT**

| | |
|---|---|
| CJA LOG Page | 14 |
| Line # | 01 |
| Precinct | 1 |
| Arrest # | M12603029 |

| Name: | STEPHAN, JAMES | | | Name (on this arrest) from NYSID/Arrest Report: | STEPHAN, JAMES K |
|---|---|---|---|---|---|
| Age: | 28 | Interview Date: | 2012-01-11 | NYSID: | 11670185K |
| DoB: | 1984- REDACTED | Interview Time: | 13:34:00 | Arrest Date: | 2012-01-11 |
| Sex: | MALE | CJA Interviewer: | N391 | Arrest Time: | 02:23:00 |
| Hispanic? | NO | Interview Location: | CB | Arrest Charges: | 1. 195.05  2. 205.30  3. 140.05  4. |
| Race: | WHITE | Interview Language: | ENGLISH | | |

### RESIDENCE/FAMILY

| Current Address: | | Prior Address: | REFUSED ANSWER |
|---|---|---|---|
| c/o | | | |
| City, State, Zip: | BROOKLYN, NY, 11211 | City, State, Zip: | |
| Lives With: | LIVES ALONE | | |
| Contact: | SELF | Contact: | |
| Relationship: | | Relationship: | |
| Phone #: | 907-244-6426 | Phone #: | |
| Length at Current Address: | Years 2  Months  Weeks | Length at Prior Address: | Years  Months |
| | | Contact still Resides at Prior Address? | |
| Alternate Address: | | Expects Someone at Arraignment? | NO |
| City, State, Zip: | | Name: | |
| Contact: | | Relationship: | |
| Relationship: | | | |
| Phone #: | | | |

### EMPLOYMENT

| Employed? | FULL TIME | Does Defendant Provide Support for Others? | NO |
|---|---|---|---|
| Job/Position: | BICYCLE MECHANIC | If "Yes" How Many? | |
| Employer: | RA | Other Sources of Financial Support: | NONE |
| Address: | | | |
| City, State, Zip: | BROOKLYN, NY | | |
| Length of Employment: | Years: 10  Months: | Highest Grade: | 16 |
| Hours Worked/Week: | 40 | In School? | NO |
| Avg. Net Pay: | 100 | Name: | |
| Pay Period: | DAILY | In Training Program? | NO |
| Length of Unemployment: | Years:  Months: | Name: | |
| Other Employment Status: | | In Treatment Program? | NONE |

### CRIMINAL RECORD

| First Arrest (Excluding Violations)? | Warrant Attached to NYSID? | Prior Warrant? | # of Prior Felony Convictions | # of Prior Misdemeanor Convictions | Open Cases |
|---|---|---|---|---|---|
| NO | NONE | NO | 0 | 0 | 1 |

Gray Shading = Information from Official Sources
Miscellaneous Comments

LEGEND:
NP = No Phone    RA = Refuses to Answer
DK = Doesn't Know    NC = Not Calculated
NA = Not Applicable    No Shading = Information from Defendant

This report assesses the defendant's risk of flight by considering the following: community ties and warrant history as defined in sections 2(a)(ii) and 2(a)(iii)&(vi) of CPL 510.30 and open cases. However, a positive assessment is withheld for defendants with outstanding bench warrants attached to their NYSID sheet at the arrest. This report does not consider other criteria listed in CPL 510.30 such as the defendant's mental condition, the weight of the evidence, or the possible sentence.

### DEFENDANT'S RESPONSE VERIFICATION / CJA RECOMMENDATION

| | | | | |
|---|---|---|---|---|
| 1 | Has the defendant lived at his/her current address for 1.5 years or more? | YES | | **MODERATE RISK FOR ROR** |
| 2 | Does the defendant live with parent, spouse, C/L spouse of 6 months, | NO | | |
| 3 | Does the defendant have a working telephone in residence/cell phone? | YES | 1 | |
| 4 | Does the defendant report a NYC area address? | YES | 0 | |
| 5 | Is the defendant employed, or in school or training program, full time? | YES | 1 | |
| 6 | Does the defendant expect someone at arraignment? | NO | -1 | |
| 7 | Does Prior Warrant equal Zero? | YES | 5 | |
| 8 | Does Open Case equal Zero? | NO | -1 | |
| | | TOTAL POINTS | 5 | |

Verification Reference Source: NO CONTACTS PROVIDED

CJA is not the official source of data provided in gray-shaded area

# Criminal Court of the City of New York

## New York County
## Misdemeanor Complaint

The People of the State of New York
vs.

| DEFENDANT: | CHARGES: | DOCKET NUMBER: |
|---|---|---|
| JAMES STEPHAN  (M 28)<br>M12603029    01/11/2012 02:23 | PL195.05<br>PL205.30<br>PL140.05 | 2012NY003075 |

Interpreter: Language _____

Screener: FURBER III, WILLIAM - TRLBURU30

**Notices Served at Arraignment:**
- ☐ CPL 710.30(1)(A) - Statement
- ☐ CPL 710.30(1)(B) - Identification
- ☐ CPL 250.20 - Alibi
- ☐ PL 450.10(48 hrs /15 days) - Property
- ☐ CPL 170.20 - Grand Jury
- ☐ Cross Grand Jury
- ☐ OTHER: _____

**Documents:** / **Served at Arraignment:** / **Needed For Conversion**
- ☐ Supporting Deposition   ☐
- ☐ DMV Abstract   ☐
- ☐ Lab Report/ Field Test   ☐
- ☐ DWI Paperwork   ☐
- ☐ Domestic Incident
- ☐ Family Registry
- ☐ Underlying T.O.P.   ☐

**Adjournment:**

Part: _____ Date: _____

**Bail Condition:**

_____ / _____
(Ins. Co. Bail Bond)   (Cash Bail)

- ☐ ART 730 Exam Ordered
- ☐ Protective Custody
- ☐ Medical Attention
- ☐ Psychiatric Evaluation
- ☐ Suicide Watch
- ☐ Deemed an Information
  Defense Motions Due:
  _____
- ☐ T.O.P. / F.O.P.

**Disposition:**
- ☐ ACD - CPL 170.55
- ☐ ACD - CPL 170.56
- ☐ Waives Prosecution by Information and Pleads Guilty to PL 240.20/ _____
- ☐ Investigation & Sentenced Ordered
- ☐ DNA-Eligible Misdemeanor
- ☐ DNA Sample Taken

**Sentence (or Promise):**
_____ days jail
Conditional Discharge:
_____ Days Community Service
_____ Days Jail Alternative
Other: _____

Mandatory Surcharge (and CVAF):
- ☐ Judgement Entered - All Fees
- ☐ $200 Misd.   ☐ $120 Viol.   ☐ $80 VTL*
- ☐ $395 VTL1192 Misd.*   ☐ $255 VTL1192(1) Infrac.*
*(For offenses on or after August 1, 2008)
- ☐ $50 - DNA Fee

| Arresting Officer | Court Reporter | Date | Part |
|---|---|---|---|
| ADRIANNE EDWARDS | | | |

Judge: _____

62