11.     Exhibit – Plaintiff LEBOWITZ Arraignment Package

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

Page 1 of 2

| THE PEOPLE OF THE STATE OF NEW YORK -against- | MISDEMEANOR |
|---|---|
| 1. Claire Levowitz (F 28)     ECAB # 1301455 | |
| Defendant. | |

Police Officer Adrianne Edwards, shield 06115 of the Patrol Boro Manhattan South Task Force, states as follows:

On January 11, 2012, at about 02:00 hours at NYC, NY in the County and State of New York, the Defendant committed the offenses of:

1. PL195.05   Obstruction of Governmental Administration in the Second Degree
              (1 count)
2. PL205.30   Resisting Arrest
              (1 count)
3. PL140.05   Trespass
              (1 count)

the defendant intentionally prevented and attempted to prevent a public servant from performing an official function by intimidation, physical force and interference and by means of an independently unlawful act; the defendant intentionally attempted to prevent a police officer and peace officer from effecting an authorized arrest of himself and another person; and the defendant knowingly entered and remained unlawfully in and upon premises.

The offenses were committed under the following circumstances:

Deponent states that deponent observed Leutenant Feeney, of the Manhattan South Task Force, state in substance to a group of individuals in Zuccotti Park: IF YOU WANT TO REMAIN IN THE PARK, YOU MAY NOT LIE DOWN IN THE PARK. Deponent states that defendant was a member said group of individuals. Deponent further states that deponent observed defendant lying down at the above listed location and that deponent stated in sum and substance to defendant: YOU MAY NOT LIE IN THE PARK, on three separate occaisions over a one hour period. Deponent further states that defendant refused to comply with said request. Deponent further states that deponent asked said defendant to vacate said park and defendant refused.

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

Page 2 of 2

| THE PEOPLE OF THE STATE OF NEW YORK -against- | MISDEMEANOR |
|---|---|
| 1. Claire Levowitz (F 28)    ECAB # 1301455 | |
| Defendant. | |

    Deponent is informed by Robert Galvin, a custodian of said park that defendant did not have permission or authority to remain in said park.

    Deponent further states that when deponent was placing the defendant under arrest for the offense(s) described above: (1) defendant stiffened defendant's arms and held said arms tight at defendant's sides to prevent handcuffing, (2) defendant twisted defendant's body forward in an attempt to evade deponent and avoid handcuffing, (3) and defendant refused to walk to deponent's police van, letting defendant's body go limp and forcing deponent to carry defendant to said van.

False statements made herein are punishable as a class A misdemeanor pursuant to section 210.45 of the penal law.

_PO Edward_             _1/11/12  0254_
Deponent                                Date and Time

ACT 5 Version 4.3.5 Created on 01/11/12 2:31 PM

# Alerts Sheet

| | | | | | |
|---|---|---|---|---|---|
| Arrest ID: | M12603027 | Arrest Date: | 2012-01-11 | Arrest Time: | 02:23:00 |
| Name: | LEVOWITZ, CLAIRE | Sex: | FEMALE | Race: | WHITE |
| NYSID: | 11730625Y | DOB: | 26- REDACTED | | |

**Charges:**

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS |
|---|---|---|---|---|---|
| TOP | N | PL 1400500 | 0 | A | 1 |
| | N | PL 1950700 | E | A | 1 |
| | N | PL 2053000 | A | A | 1 |

Additional Paperwork Received:  N

Notes:

no act warrs

**Warrants:**

Warrant Search Type:

    Warrant Type:

| Warrant Num | Warrant Date | Warrant Indictment Num | Warrant Docket Num | Def Name | Def Sex | Def DOB | Def NYSID |
|---|---|---|---|---|---|---|---|

Fingerprint response on 01/11/2012 07:29 am for transaction 14632172

## Fingerprint Response Summary

NYSID: 11730625Y   ORI: NY03030G1   NYCPD PCT 001
Attention: A fingerprint search shows no available prior NYS information for this individual.

| | | |
|---|---|---|
| **NYSID:** 11730625Y | **FBI Number:** | **Current Transaction Name:** CLAIRE LEVOWITZ |
| **Fax Number:** M2028 | **Current Arrest Number:** M12603027 | **DOB:** /1983  REDACTED |

● **Alerts**
\* See **Additional Information** at the bottom of this response for more banners pertaining to the criminal history

There is no Criminal History Information associated with this history.

● **Identification Information**
Name:
Sex:  Race:  Ethnicity:  SkinTone:

Eye Color: Hair Color: Height: Weight:

SSN:  Place of Birth:

## Fingerprint Response

ORI: NY03030G1
NYCPD PCT 001
NYSID : 11730625Y

Attention: A fingerprint search shows no available prior NYS information for this individual.

Identification   Summary   Criminal History   Job/License   Wanted   Missing   NCIC/III

● **Transaction Data**
Name:                  CLAIRE LEVOWITZ
Transaction ID:        14632172
Agency ORI:            NY03030G1
Type of Submission:    **ARREST**
Date Fingerprinted:    January 11, 2012
Reason Fingerprinted:  Adult Arrest
**Arrest/Charge Information**
Arrest Date: January 11, 2012 02:23 am (02:23:00)
    Name:              CLAIRE LEVOWITZ
    Date of Birth:     REDACTED , 1983
    Sex:               Female
    Race:              White

1

Fingerprint response on 01/11/2012 07:29 am for transaction 14632172

| | |
|---|---|
| Ethnicity: | Not Hispanic |
| Height: | 5' 05" |
| Weight: | 135 |
| Age at time of crime/arrest: | 28 |
| Address: | REDACTED , BROOKLYN, NY |
| Fax Number | M2028 |
| Place of Arrest: | NYCPD 1 |
| Arrest Type: | Unknown |
| Date of Crime: | January 11, 2012 |
| Place of Crime: | NYCPD 1 |
| Criminal Justice Tracking No.: | 65233484R |
| Arresting Agency: | NYCPD PCT 001 |
| Arresting Officer ID: | 938419 |
| Arrest Number: | M12603027 |
| Arraignment: | New York County Criminal Court |

Arrest Charges:
- -- Obstruct Governmental Administration-1st Degree
  - PL 195.07    Class E    Felony Degree 1    NCIC 5099
- -- Resisting Arrest
  - PL 205.30    Class A    Misdemeanor Degree 0    NCIC 4801
- -- Trespass
  - PL 140.05    Violation Degree 0    NCIC 5707

## ● Transaction Status Information

| Activity | Date/Time | Elapsed |
|---|---|---|
| Initial Transaction Received | January 11, 2012 07:15:43 am | |
| Online Data Received | January 11, 2012 07:15:42 am | |
| Transaction Completed | January 11, 2012 07:29:34 am | 0 hours 14 mins |
| Rapsheet Produced | January 11, 2012 07:29:35 am | |

## ● NYS Criminal History Information

Name:

Date of Birth:

Place of Birth:

Address:

Sex:    Race:    Ethnicity:    SkinTone:

Eye Color:    Hair Color:    Height:    Weight:

2

Fingerprint response on 01/11/2012 07:29 am for transaction 14632172

SSN:
NYSID#:    FBI#:    NCIC Classification:
11730625Y

III status: Status in other states unknown

There is no Criminal History Information associated with this history.

### ● Other History Related Information
There is no Other History Related Information associated with this history.

### ● Job/License Information
There is no Job/License Information associated with this history.

### ● Wanted Information
There is no NYS Wanted Information associated with this history.

### ● Missing Person Information
There is no NYS Missing Person Information associated with this history.

### ● Additional Information
**Summary Counts:** The Transaction data may also be included in a cycle in the rap. If it is included, information from the transaction will be used in calculating the Summary section. If it is not included in any of the cycles then the transaction information will not be part of the Summary section data.

**Courts Please Note:** Pursuant to CPL 160.40 (02) one copy of a fingerprint based rapsheet must be provided to the Defense Attorney.

According to our files, this individual does not appear to have History in III. However this does not preclude the possibility that the FBI does have a record. If you desire this information, please submit a request directly to the FBI.

## Federal NCIC, III and/or FBI Response

### ● NCIC Information

The following information is provided in response to your request for a search of the NCIC Person files based on:

- **Name: LEVOWITZ, CLAIRE**
- **Sex: F**
- **Race: W**
- **Date of Birth:**    /1983  REDACTED

3

69

Fingerprint response on 01/11/2012 07:29 am for transaction 14632172

NY0303000

REDACTED

NO NCIC WANT NAM/LEV0WITZ,CLAIRE D0B/1983     RAC/W SEX/F
***MESSAGE KEY QW SEARCHES WANTED PERSON FILE FELONY RECORDS REGARDLESS OF
EXTRADITION AND MISDEMEANOR RECORDS INDICATING POSSIBLE INTERSTATE
EXTRADITION FROM THE INQUIRING AGENCY'S LOCATION.  ALL OTHER NCIC PERSONS
FILES ARE SEARCHED WITHOUT LIMITATIONS.

**WARNING:** Release of any of the information presented in this computerized Case History to unauthorized individuals or agencies is prohibited by federal law TITLE 42 USC 3771b.
This report is to be used for this one specific purpose as described in the Use and Dissemination Agreement your agency has on file with DCJS. **Destroy after use and request an updated rap sheet for subsequent needs.**
All information presented herein is as complete as the data furnished to DCJS.

New York State Division of Criminal Justice Services
4 Tower Place
Albany NY 12203-3764
Tel: 1-800-262-DCJS
Sean M. Byrne, Acting Commissioner of the NYS Division of Criminal Justice Services

4

FBI response on Jan 11, 2012 07:30 am

## Additional Fingerprint Response

**ORI: NY03030G1**
**NYCPD PCT 001**
**NYSID : 11730625Y**

*Attention: A fingerprint search shows no available prior NYS information for this individual.*

New York State Division of Criminal Justice Services
4 Tower Place
Albany NY 12203-3764
Tel: 1-800-262-DCJS
Sean M. Byrne, Acting Commissioner of the NYS Division of Criminal Justice Services

## ● Transaction Data

| | |
|---|---|
| Name: | CLAIRE LEVOWITZ |
| Transaction ID: | 14632172 |
| Agency ORI: | NY03030G1 |
| Type of Submission: | **ARREST** |
| Date Fingerprinted: | January 11, 2012 |
| Reason Fingerprinted: | Adult Arrest |

**Arrest/Charge Information**

Arrest Date: January 11, 2012 02:23 am (02:23:00)

| | |
|---|---|
| Name: | CLAIRE LEVOWITZ |
| Date of Birth: | REDACTED , 1983 |
| Sex: | Female |
| Race: | White |
| Ethnicity: | Not Hispanic |
| Height: | 5' 05" |
| Weight: | 135 |
| Age at time of crime/arrest: | 28 |
| Address: | REDACTED , BROOKLYN, NY |
| Fax Number | M2028 |
| Place of Arrest: | NYCPD 1 |
| Arrest Type: | Unknown |
| Date of Crime: | January 11, 2012 |
| Place of Crime: | NYCPD 1 |
| Criminal Justice Tracking No.: | 65233484R |
| Arresting Agency: | NYCPD PCT 001 |
| Arresting Officer ID: | 938419 |
| Arrest Number: | M12603027 |
| Arraignment: | New York County Criminal Court |

Arrest Charges:

-- Obstruct Governmental Administration-1st Degree

   PL 195.07    Class E    Felony Degree 1    NCIC 5099

-- Resisting Arrest

   PL 205.30    Class A   Misdemeanor Degree 0   NCIC 4801

-- Trespass

1

71

FBI response on Jan 11, 2012 07:30 am

PL 140.05   Violation Degree 0   NCIC 5707

## ● Transaction Status Information

| Activity | Date/Time | Elapsed |
|---|---|---|
| Initial Transaction Received | January 11, 2012 07:15:43 am | |
| Online Data Received | January 11, 2012 07:15:42 am | |
| Transaction Completed | January 11, 2012 07:29:34 am | 0 hours 14 mins |
| Rapsheet Produced | January 11, 2012 07:30 am | |

## ● FBI Identification Results

The FBI identification response, received on January 11, 2012, indicated no FBI data other than New York State history. The information previously provided in your NYS Criminal Justice Services fingerprint response represents the computerized history for this individual.

2

**NEW YORK CITY**
**CRIMINAL JUSTICE AGENCY**

**INTERVIEW REPORT**

| | | |
|---|---|---|
| CJA LOG Page | Line # | Precinct |
| 19 | 04 | 1 |

Arrest #: **M12603027**

| | | | | |
|---|---|---|---|---|
| Name: | LEVOWITZ, CLAIRE | | Name (on this arrest) from NYSID/Arrest Report: | LEVOWITZ, CLAIRE |
| Age: | 28 | Interview Date: 2012-01-11 | NYSID: | 11730625Y |
| DoB: | 1983 REDACTED | Interview Time: 15:19:00 | Arrest Date: | 2012-01-11  Arrest Time: 02:23:00 |
| Sex: | FEMALE | CJA Interviewer: N385 | Arrest Charges: | 1. 195.07   2. 205.30 |
| Hispanic? | NO | Interview Location: CB | | 3. 140.05   4. |
| Race: | WHITE | Interview Language: ENGLISH | | |

**RESIDENCE/FAMILY**

| | | | |
|---|---|---|---|
| Current Address: | REDACTED | Prior Address: | REDACTED |
| c/o | | | |
| City, State, Zip: | BROOKLYN, NY, 11218 | City, State, Zip: | NEW YORK, NY 10002 |
| Lives With: | ROOMMATES | | |
| Contact: | NYDIA MEDINA | Contact: | SELF |
| Relationship: | ROOMMATE | Relationship: | |
| Phone #: | 518-791-6300 | Phone #: | NA |
| Length at Current Address: | Years 2  Months 6  Weeks | Length at Prior Address: | Years  1  Months |
| | | Contact still Resides at Prior Address? | NO |
| Alternate Address: | | Expects Someone at Arraignment? | NO |
| City, State, Zip: | | Name: | |
| Contact: | | Relationship: | |
| Relationship: | | | |
| Phone #: | | | |

**EMPLOYMENT**

| | | | |
|---|---|---|---|
| Employed? | UNEMPLOYED | Does Defendant Provide Support for Others? | NO |
| Job/Position: | | If "Yes" How Many? | |
| Employer: | | Other Sources of Financial Support: | UNEMPLOYMENT |
| Address: | | | |
| City, State, Zip: | | | |
| Length of Employment: | Years:   Months: | Highest Grade: | 16 |
| Hours Worked/Week: | | In School? | NO |
| Avg. Net Pay: | | Name: | |
| Pay Period: | | In Training Program? | NO |
| Length of Unemployment: | Years:   Months: 1 | Name: | |
| Other Employment Status: | NONE | In Treatment Program? | NONE |

**CRIMINAL RECORD**

| First Arrest (Excluding Violations)? | Warrant Attached to NYSID? | Prior Warrant? | # of Prior Felony Convictions | # of Prior Misdemeanor Convictions | Open Cases |
|---|---|---|---|---|---|
| YES | NONE | NO | 0 | 0 | 0 |

Gray Shading = Information from Official Sources
Miscellaneous Comments

LEGEND:
NP = No Phone       RA = Refuses to Answer
DK = Doesn't Know   NC = Not Calculated
NA = Not Applicable  No Shading = Information from Defendant

This report assesses the defendant's risk of flight by considering the following: community ties and warrant history as defined in sections 2(a)(ii) and 2(a)(iii)&(vi) of CPL 510.30 and open cases. However, a positive assessment is withheld for defendants with outstanding bench warrants attached to their NYSID sheet at the arrest. This report does not consider other criteria listed in CPL 510.30 such as the defendant's mental condition, the weight of the evidence, or the possible sentence.

**DEFENDANT'S RESPONSE VERIFICATION**           **CJA RECOMMENDATION**

| # | Question | Response | Points | |
|---|---|---|---|---|
| 1 | Has the defendant lived at his/her current address for 1.5 years or more? | YES | | **MODERATE RISK FOR ROR** |
| 2 | Does the defendant live with parent, spouse, C/L spouse of 6 months, | NO | | |
| 3 | Does the defendant have a working telephone in residence/cell phone? | YES | 1 | |
| 4 | Does the defendant report a NYC area address? | YES | 0 | |
| 5 | Is the defendant employed, or in school or training program, full time? | NO | -1 | |
| 6 | Does the defendant expect someone at arraignment? | NO | -1 | |
| 7 | Does Prior Warrant equal Zero? | YES | 5 | |
| 8 | Does Open Case equal Zero? | YES | 1 | |
| | | **TOTAL POINTS** | 5 | |

Verification Reference Source: NO CONTACTS PROVIDED
CJA is not the official source of data provided in gray-shaded area

73

# Criminal Court of the City of New York

## New York County
### Misdemeanor Complaint

The People of the State of New York
vs.

| DEFENDANT: | CHARGES: | DOCKET NUMBER: |
|---|---|---|
| CLAIRE LEVOWITZ (F 28)<br>M12603027   01/11/2012 02:23<br>REDACTED<br>BROOKLYN NY | PL195.05<br>PL205.30<br>PL140.05 | 2012NY003805 |

**MISDEMEANOR**

Interpreter: Language _____    Screener: FURBER III, WILLIAM - TRLBURU30

**Notices Served at Arraignment:**
- ☐ CPL 710.30(1)(A) - Statement
- ☐ CPL 710.30(1)(B) - Identification
- ☐ CPL 250.20 - Alibi
- ☐ PL 450.10(48 hrs /15 days) - Property
- ☐ CPL 170.20 - Grand Jury
- ☐ Cross Grand Jury
- ☐ OTHER: _____

**Documents:**                **Needed For**
**Served at Arraignment:**    **Conversion**

- ☐ Supporting Deposition       ☐
- ☐ DMV Abstract                ☐
- ☐ Lab Report/ Field Test      ☐
- ☐ DWI Paperwork               ☐
- ☐ Domestic Incident
- ☐ Family Registry
- ☐ Underlying T.O.P.           ☐

**Adjournment:**

Part: _____ Date: _____
**Bail Condition:**

_____ / _____
(Ins. Co. Bail Bond)    (Cash Bail)

- ☐ ART 730 Exam Ordered
- ☐ Protective Custody
- ☐ Medical Attention
- ☐ Psychiatric Evaluation
- ☐ Suicide Watch
- ☐ Deemed an Information
  Defense Motions Due:
  _____
- ☐ T.O.P. / F.O.P.

**Disposition:**

- ☐ ACD - CPL 170.55
- ☐ ACD - CPL 170.56
- ☐ Waives Prosecution by Information
  and Pleads Guilty to
  PL 240.20/ _____
- ☐ Investigation & Sentenced Ordered
- ☐ DNA-Eligible Misdemeanor
- ☐ DNA Sample Taken

**Sentence (or Promise):**

_____ days jail
Conditional Discharge:
_____ Days Community Service
_____ Days Jail Alternative
Other: _____
Mandatory Surcharge (and CVAF):
- ☐ Judgement Entered - All Fees
- ☐ $200 Misd.  ☐ $120 Viol.  ☐ $80 VTL*
- ☐ $395 VTL1192 Misd.*  ☐ $255 VTL1192(1) Infrac.*
  *(For offenses on or after August 1, 2008)
- ☐ $50 - DNA Fee

| Arresting Officer | Court Reporter | Date | Part |
|---|---|---|---|
| ADRIANNE EDWARDS | | | |

**Judge:** _____

74

75

12. Exhibit - "Some Who Decline an Optional Iris Photo Are Kept Longer in Jail, Critics Say," New York Times, February 12, 2012, by Colin Moynihan. Source – http://www.nytimes.com/2012/02/13/nyregion/new-objections-to-nypds-iris-photographing-program.html

**The New York Times** Reprints

This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to your colleagues, clients or customers here or use the "Reprints" tool that appears next to any article. Visit www.nytreprints.com for samples and additional information. Order a reprint of this article now.



February 12, 2012

# Some Who Decline an Optional Iris Photo Are Kept Longer in Jail, Critics Say

**By COLIN MOYNIHAN**

After her arrest at an Occupy Wall Street protest in December, Samantha Wilson expected to be booked, fingerprinted and subjected to a mug shot. But when a police officer raised a small device to her face and began photographing her eyes, she declined.

Ms. Wilson, 32, said her refusal resulted in a threat from the officer.

"He said: 'It's not really optional. It'll take you longer to get out of here if you don't do it,' " she recalled.

The New York Police Department began photographing the irises of people arrested in Manhattan in 2010; officials said then that the images would help prevent suspects from escaping. But the program drew criticism from criminal defense lawyers and civil liberties experts who expressed concern that it could infringe on individuals' privacy, especially in cases in which the charges were eventually dropped.

More than a year later, as the program has been extended across the city, opponents have renewed their objections and accused officers of sometimes pressuring people to submit to the photographs — which are supposed to be optional — by keeping those who do not comply in custody longer.

Ms. Wilson's lawyer, Rebecca Heinegg, said that her client was eventually released without the photograph being taken, but that she was held for about 36 hours, longer than usual.

"I am irate about it," said Ms. Wilson, of Bedford-Stuyvesant, Brooklyn. "I hate when something is voluntary or optional, and they hide that for so long it becomes mandatory."

Paul J. Browne, the Police Department's chief spokesman, said that since the beginning of this year, the department had taken about 24,000 iris photographs. He added that he knew of no incidents in which defendants had been held longer than usual after refusing to allow their irises to be photographed.

The Police Department instituted the program after two episodes in 2010 in which prisoners arrested on serious charges escaped by posing at arraignment as defendants involved in minor

cases. Now the iris photographs are used to check the identities of those appearing before a judge.

But confusion about whether the photographs are mandatory has extended to the bench. During the Jan. 29 arraignment of Kevin Jones, 57, on charges of obstructing governmental administration, Judge Abraham Clott, of Manhattan Criminal Court, twice told Mr. Jones's lawyer that the iris photographs were compulsory.

Concern over the program has taken several forms. Some opponents object to the fact that it was instituted without public announcement or comment. Others fear that cataloging eye data could place the innocent under a lasting cloud of suspicion.

Steven Banks, the attorney in chief for the Legal Aid Society, said that when the program began, clients who did not submit to the photographs were processed normally. That changed recently, he said, and the police have delayed the arraignment of some Legal Aid Society clients who declined iris photographs.

"There appears to be a not-so-subtle switch in police practice," Mr. Banks said. "It's only a matter of time before we challenge this change in practice."

Mr. Banks said it was problematic that the police were applying the program "without any legislative authorization to New Yorkers who may well be wrongfully accused of misconduct."

Mr. Browne said the iris photographs were treated in the same manner as mug shots and were sealed or destroyed whenever the mug shots were sealed or destroyed. Mr. Banks said state law required that mug shots be destroyed whenever a case was resolved in favor of a defendant.

Meghan Maurus, a lawyer who has been helping coordinate the defense of people arrested in connection with Occupy Wall Street demonstrations for the National Lawyers Guild, said that dozens of the group's clients had been held longer than usual after refusing iris photographs.

She said that she and other lawyers had drafted a habeas corpus petition that they could adapt on a case-by-case basis when clients were held past a certain length of time.

One such client was Claire Lebowitz, 28, an actress from Windsor Terrace, Brooklyn, who said she was arrested in Zuccotti Park on Jan. 10 and charged with trespassing, resisting arrest and obstructing governmental administration after lying on a bench. Ms. Lebowitz said that several officers told her that she would be held longer if she did not agree to an iris photograph.

A man who was arrested at the same time as Ms. Lebowitz and faced the same charges, Keegan Stephan, said that he received a similar warning. Mr. Stephan said that he agreed to the photograph because he did not want to be held longer; he was released after one night. Ms. Lebowitz said she was held a second night, then released, still without agreeing to an iris photograph.

"I felt it was really important for me to stand up for the right to say no while I still have it," Ms. Lebowitz said. "Because in three months, we might not have it."

*This article has been revised to reflect the following correction:*

### *Correction: February 24, 2012*

An article in some editions on Feb. 13 about criticism of a New York Police Department program that includes photographing the irises of people who are arrested misspelled the name of a lawyer who said some clients had been held longer than usual after refusing to allow their irises to be photographed. She is Meghan Maurus, not Megan Morris. The article also misspelled the surname of a man who agreed to a photograph because he did not want to be held longer. He is Keegan Stephan, not Stefan.

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2013 I served by personal delivery a copy of the foregoing First Amended Complaint and Exhibits along with a DVD containing the video exhibit to defendants' counsel Andrew Lucas and Dara Weiss, and a courtesy copy consisting of the same to the chambers of the Honorable Jed S. Rakoff.

Andrew Lucas, Esq.
Dara Weiss, Esq.
New York City Law Department
100 Church Street
New York, NY 10007

Hon. Jed S. Rakoff
Room 1340
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

March 1, 2013                                    Respectfully submitted,
                                                 /S/
                                                 _____
                                                 PAUL L. MILLS, Esq. (pm0653)
                                                 Park West Finance Branch
                                                 PO Box 20141
                                                 New York, New York 10025
                                                 (646) 637-3693
                                                 plm36@columbia.edu
                                                 Attorney for Plaintiffs